UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph HUNTZINGER, et al., <br><br> Plaintiff, <br><br> v. <br><br> AQUA LUNG, et al., <br><br> Defendants. | Case No.: 15-cv-1146-WQH <br><br> **ORDER re PLAINTIFFS' MOTIONS TO COMPEL (ECF No. 146) AND TO SEAL (ECF No. 144)** |

Plaintiffs' motion to compel (ECF No. [146]) is granted in part and denied in part as stated on the record. (CD# 2/6/2018 AGS 18:3:59-4:41.) By February 23, 2018, defendant Suunto Oy must disclose any supplemental responsive documents and, if any responsive documents have been destroyed or are no longer in existence, it must verify which documents are destroyed or missing and the reasons therefor.

Additionally, Suunto Oy may provide supplemental briefing—not to exceed two pages, excluding exhibits—by February 16, 2018, describing with particularity what good cause exists to seal portions of plaintiffs' motion and exhibits. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Dated: February 6, 2018

Hon. Andrew G. Schopler
United States Magistrate Judge

1

15-cv-1146-WQH