# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. HUNTZINGER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AQUA LUNG AMERICA, INC.,<br><br>Defendant. | Case No. 3:15-cv-01146-WQH-AGS<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Parties' joint status report and joint motion to continue the stay (ECF No. 181) is GRANTED as follows: All proceedings are stayed for 120 days from this Order. The Parties shall submit a joint status report within 90 days of this Order. The Parties shall submit a joint status report to the Court should any issue arise with the settlement process in the state court case and shall promptly notify the Court of any order finally approving or denying approval of the proposed settlement.

IT IS FURTHER ORDERED that the motion to certify class and motion to file documents under seal (ECF Nos. 168, 170) are denied without prejudice and with leave to refile.

Dated: July 13, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court

Case No. 3:15-cv-01146-WQH-AGS